GEORGE C. FINN, Appellant, v. ROOSEVELT FIELD, INC., Respondent.— ▉ No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH D. MCGOLDRICK, as State Rent Administrator, against CHRISTOPHER WEST et al.— ▉ Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *ante*, p. 552.]

In the Matter of the Arbitration between CORNELIUS O'CONNELL, as President of Local 584 of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, A. F. of L., Respondent, and BABYLON MILK & CREAM CO., INC., Appellant.— ▉ Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 744.]

KATHERINE SAKELY, Respondent, v. HELEN M. WATERS et al., Respondents. ROBERT S. WATERS et al., Appellants.— ▉ Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 773.]

## (February 14, 1952.)

ROMAN SILVERSMITHS, INC., Appellant, v. HAMPSHIRE SILVER CO. INC. et al., Defendants, and IRWIN FENTON, Intervener, Respondent.— ▉ No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ. [See *post*, p. 987.]

ROMAN SILVERSMITHS, INC., Appellant, v. HAMPSHIRE SILVER CO. INC. et al., Defendants, and IRWIN FENTON, Intervener, Respondent.— ▉ No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ. [See *post*, p. 987.]

## (February 19, 1952.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK RONGER, Appellant.— ▉ Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.